UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 09-4477
_____

UNITED STATES OF AMERICA

v.

STEVEN C. TANZOLA,
                            Appellant.
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(D.C. Crim. Action No. 08-00724)
District Judge:  Honorable Berle M. Schiller
_____

Submitted Under Third Circuit LAR 34.1(a)
December 16, 2010
_____

ORDER
_____

The opinion filed on March 7, 2011 shall be amended as follows: at page 4, where (2) "allow the parties to argue their positions relative to what they believe is an appropriate sentence;" shall be replaced with (2) "they must formally rule on the motions of both parties and state on the record whether they are granting a departure and how that departure affects the Guidelines calculation, and take into account the court's pre-Booker case law, which continues to have advisory force."  This does not affect the Judgment issued by the Court on March 7, 2011.  An amended opinion will be filed;  however the original filing date will not be altered.

BY THE COURT:

/s/ Joseph A. Greenaway, Jr.
Circuit Judge

Dated: June 9, 2011